### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STACEY EUGENE JOHNSON**                                                        **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-00373 KGB**

**TIM GRIFFIN,** *et al.*                                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Stacey Eugene Johnson's complaint is dismissed with prejudice. The relief requested is denied.

It is so ordered this 31st day of March, 2026.

Kristine G. Baker
Chief United States District Judge